UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Lorraine Corbin, | ) | C/A No: 3:12-2976-CMC |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| Commercial Recovery Systems, Inc. and | ) | |
| Does 1-10, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This Court having been advised by counsel for the parties that the above action

has been settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without

prejudice, and upon good cause shown within sixty (60) days, any party may petition the Court

to reopen the action if settlement is not consummated.


  s/Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE


January 29, 2013
Columbia, South Carolina